**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: SZABO, STEVEN § | Case No. 11-46602-BWB |
| SZABO, MARTHA § | |
| § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

 Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

 The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
 219 S DEARBORN STREET
 7TH FLOOR
 CHICAGO, IL  60604

 Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 10/19/2012 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 09/19/2012     By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                              Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: SZABO, STEVEN § Case No. 11-46602-BWB
SZABO, MARTHA §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 8,411.00 |
| *and approved disbursements of* | $ 303.00 |
| *leaving a balance on hand of* [1] | $ 8,108.00 |
| **Balance on hand:** | $ 8,108.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,108.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 1,591.10 | 0.00 | 1,591.10 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 737.50 | 0.00 | 737.50 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 23.65 | 0.00 | 23.65 |
| Accountant for Trustee, Fees - Alan D. Lasko | 1,276.70 | 0.00 | 1,276.70 |
| Accountant for Trustee, Expenses - Alan D. Lasko | 11.00 | 0.00 | 11.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 3,639.95 |
| Remaining balance: | $ 4,468.05 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,468.05 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 4,468.05 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 57,054.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 37,324.84 | 0.00 | 2,922.96 |
| 2 | Capital One, N.A. | 1,072.35 | 0.00 | 83.98 |
| 3 | Capital One Bank (USA), N.A. | 5,131.98 | 0.00 | 401.89 |
| 4 | American Express Bank, FSB | 977.72 | 0.00 | 76.57 |
| 5 | GE Capital Retail Bank | 5,754.28 | 0.00 | 450.62 |
| 6 | American Express Centurion Bank | 264.06 | 0.00 | 20.68 |
| 7 | GE Capital Retail Bank | 2,896.14 | 0.00 | 226.80 |
| 8 | GE Capital Retail Bank | 1,380.13 | 0.00 | 108.08 |
| 9 | GE Capital Retail Bank | 90.91 | 0.00 | 7.12 |
| 10 | American InfoSource LP as agent for | 999.28 | 0.00 | 78.25 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 11 | Citibank, N.A. | 1,163.30 | 0.00 | 91.10 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 4,468.05 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 7,599.11 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Professional Products of Kansas | 7,599.11 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL 60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 11-46602-BWB
Steven M Szabo                                                         Chapter 7
Martha Szabo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: esullivan            Page 1 of 3            Date Rcvd: Sep 20, 2012
                              Form ID: pdf006            Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2012.
```
db/jdb         +Steven M Szabo,    Martha Szabo,    21222 Lily Lake Lane,    Crest Hill, IL 60403-3286
aty            +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
18064158       +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
18064160        American Express,    Box 0001,    Los Angeles, CA 90096-0001
18462327        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18562652        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18064163        BP,    P.O. box 70887,    Charlotte, NC 28272-0887
18064164       +BP,    P.O. Box 923928,    Norcross, GA 30010-3928
18064161        Baum Sigman Auerbach & Neuman,    200 West Adams Street #2200,    Chicago, IL 60606-5231
18064162       +Blatt Hasenmiller Liebsker & Moore,    125 South Wacker Drive  #400,    Chicago, IL 60606-4440
18064165        Brooks Law Firm,    3725 Black Hawk Rd,    Rock Island, IL 61201
18064166       +Capital One Bank,    P.O. Box 6492,    Carol Stream, IL 60197-6492
18454740        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18446321       +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
18064167       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18064168        Chase Mortgage,    3415 Vision Drive,    Columbus, OH 43219-6009
18064169        Christina Krivanek,    Laborers Pension and welfare fund,    111 West Jacson Blvd #1415,
                 Chicago, IL 60604-3868
18730554       +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
18064171       +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
18064175       +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
18064176       +Keybank Na,    Po Box 94825,    Cleveland, OH 44101-4825
18064178        Lance Construction Supplies Inc.,    4225 W Ogden Avenue,    Chicago, IL 60623-2977
18064179       +Professional Products of Kansas,    4456 South Clifton Avenue,    Wichita, KS 67216-2945
18064180       +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
18064182       +Stevenson Sales and Service LLC,    410 Stevenson Drive,    Bolingbrook, IL 60440-3094
18064183       +Tnb-Visa (TV) / Target,    C/O Financial & Retail Services,    Mailstop BV  P.O.Box 9475,
                 Minneapolis, MN 55440-9475
18430548       +Wells Fargo Bank, N.A.,    100 W Washington Street,    Phoenix, AZ 85003-1828
18064184       +Wells Fargo Business D,    Po Box 29482,    Phoenix, AZ 85038-9482
18064185       +Westgate Resorts,    2801 Old Winter Garden Road,    Ocoee, FL 34761-2965
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18621169        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2012 02:33:20
                 American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
18064170       +E-mail/Text: clerical.department@yahoo.com Sep 21 2012 02:05:44     Credtrs Coll,    Po Box 63,
                 Kankakee, IL 60901-0063
18539627        E-mail/PDF: rmscedi@recoverycorp.com Sep 21 2012 03:14:01     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18064172       +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2012 03:04:14     GEMB / HH Gregg,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18064173       +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2012 02:54:50     Gemb/JC Penny,
                 Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
18064174       +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2012 03:04:14     Gemb/walmart,    Po Box 981400,
                 El Paso, TX 79998-1400
18064177       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 21 2012 01:41:10     Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
                                                                                              TOTAL: 7
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18064159*      +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
18064181*      +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: esullivan            Page 2 of 3              Date Rcvd: Sep 20, 2012
                              Form ID: pdf006            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2012**                        **Signature:**    /s/ Joseph Speetjens

```
District/off: 0752-1          User: esullivan            Page 3 of 3              Date Rcvd: Sep 20, 2012
                              Form ID: pdf006            Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2012 at the address(es) listed below:

```
              Ariane  Holtschlag    on behalf of Trustee Thomas Sullivan lawyers@innovalaw.com
              Cari A Kauffman    on behalf of Creditor   JPMorgan Chase Bank, National Association
               ND-Four@il.cslegal.com
              David E Grochocinski    on behalf of Trustee Thomas Sullivan lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David P Lloyd    on behalf of Trustee Thomas Sullivan courtdocs@davidlloydlaw.com
              Kathleen M. McGuire    on behalf of Trustee Thomas Sullivan kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald D Cummings    on behalf of Debtor Steven Szabo bankruptcylawyer@sbcglobal.net
              Thomas B Sullivan    tsullivan@innovalaw.com, IL19@ecfcbis.com
                                                                                             TOTAL: 8
```