**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SZABO, STEVEN | § | Case No. 11-46602-BWB |
| SZABO, MARTHA | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $19,000.00 *(without deducting any secured claims)* | Assets Exempt: $50,250.00 |
| Total Distribution to Claimants: $4,468.05 | Claims Discharged Without Payment: $60,186.05 |
| Total Expenses of Administration: $3,942.95 | |

    3) Total gross receipts of $ 8,411.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,411.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,942.95 | 3,942.95 | 3,942.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 64,654.10 | 64,654.10 | 4,468.05 |
| **TOTAL DISBURSEMENTS** | $0.00 | $68,597.05 | $68,597.05 | $8,411.00 |

4) This case was originally filed under Chapter 7 on November 17, 2011. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2012           By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| A/R | 1221-000 | 8,411.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,411.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 1,591.10 | 1,591.10 | 1,591.10 |
| INNOVALAW, PC | 3110-000 | N/A | 737.50 | 737.50 | 737.50 |
| INNOVALAW, PC | 3120-000 | N/A | 23.65 | 23.65 | 23.65 |
| Alan D. Lasko | 3410-000 | N/A | 1,276.70 | 1,276.70 | 1,276.70 |
| Alan D. Lasko | 3320-000 | N/A | 11.00 | 11.00 | 11.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| ILLINOIS DEPT OF REVENUE | 2820-000 | N/A | 178.00 | 178.00 | 178.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,942.95 | $3,942.95 | $3,942.95 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 7100-000 | N/A | 37,324.84 | 37,324.84 | 2,922.96 |
| 2 | Capital One, N.A. | 7100-000 | N/A | 1,072.35 | 1,072.35 | 83.98 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 5,131.98 | 5,131.98 | 401.89 |
| 4 | American Express Bank, FSB | 7100-000 | N/A | 977.72 | 977.72 | 76.57 |
| 5 | GE Capital Retail Bank | 7100-000 | N/A | 5,754.28 | 5,754.28 | 450.62 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 264.06 | 264.06 | 20.68 |
| 7 | GE Capital Retail Bank | 7100-000 | N/A | 2,896.14 | 2,896.14 | 226.80 |
| 8 | GE Capital Retail Bank | 7100-000 | N/A | 1,380.13 | 1,380.13 | 108.08 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | GE Capital Retail Bank | 7100-000 | N/A | 90.91 | 90.91 | 7.12 |
| 10 | American InfoSource LP as agent for | 7100-000 | N/A | 999.28 | 999.28 | 78.25 |
| 11 | Citibank, N.A. | 7100-000 | N/A | 1,163.30 | 1,163.30 | 91.10 |
| 12 | Professional Products of Kansas | 7200-000 | N/A | 7,599.11 | 7,599.11 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $64,654.10 | $64,654.10 | $4,468.05 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-46602-BWB  
**Case Name:** SZABO, STEVEN  
SZABO, MARTHA  
**Period Ending:** 12/12/12  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 11/17/11 (f)  
**§341(a) Meeting Date:** 12/08/11  
**Claims Bar Date:** 04/18/12  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 21222 LILY LAKE LANE, CREST HILL | 223,900.00 | 0.00 | | 0.00 | FA |
| 2 | BMO HARRIS BANK | 300.00 | 0.00 | | 0.00 | FA |
| 3 | PNC BANK | 150.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 6 | JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 401K | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | 1997 FORD F150 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2005 FRD F150 | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2001 F150 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2003 CHEVY ASTROVAN | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1995 SYLVAN 17FT BOAT AND TRAILER | 1,200.00 | 0.00 | | 0.00 | FA |
| 13 | BUSINESS EQUIPMENT | 5,500.00 | 5,500.00 | DA | 0.00 | FA |
| 14 | TIME SHARE IN FL | 5,000.00 | 0.00 | | 0.00 | FA |
| 15 | A/R (u) | 6,000.00 | 6,000.00 | | 8,411.00 | FA |
| **15** | **Assets** **Totals** (Excluding unknown values) | **$259,350.00** | **$11,500.00** | | **$8,411.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

AWAITING RECEIPT OF FUNDS FROM PEPPER CONSTRUCTION A/R

**Initial Projected Date Of Final Report (TFR):** December 31, 2012   **Current Projected Date Of Final Report (TFR):** December 31, 2012

Printed: 12/12/2012 09:22 AM   V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 11-46602-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** SZABO, STEVEN | **Bank Name:** The Bank of New York Mellon |
| SZABO, MARTHA | **Account:** 9200-******39-65 - Money Market Account |
| **Taxpayer ID #:** **-***4663 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 12/12/12 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/12/2012 09:22 AM    V.13.04

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-46602-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | SZABO, STEVEN | | Bank Name: | The Bank of New York Mellon |
| | SZABO, MARTHA | | Account: | 9200-******39-66 - Checking Account |
| Taxpayer ID #: | **-***4663 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/12/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/27/12 | {15} | PEPPER CONSTRUCTION CO | TURNOVER OF RECEIVALBE | 1221-000 | 8,411.00 | | 8,411.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,386.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,361.00 |
| 05/17/12 | 101 | ILLINOIS DEPT OF REVENUE | 36-4203787/2012 FORM IL-1041 | 2820-000 | | 178.00 | 8,183.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,158.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,133.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,108.00 |
| 10/23/12 | 102 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $1,591.10, Trustee Compensation;  Reference: | 2100-000 | | 1,591.10 | 6,516.90 |
| 10/23/12 | 103 | INNOVALAW, PC | Dividend paid 100.00% on $737.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 737.50 | 5,779.40 |
| 10/23/12 | 104 | INNOVALAW, PC | Dividend paid 100.00% on $23.65, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 23.65 | 5,755.75 |
| 10/23/12 | 105 | Alan D. Lasko | Dividend paid 100.00% on $1,276.70, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,276.70 | 4,479.05 |
| 10/23/12 | 106 | Alan D. Lasko | Dividend paid 100.00% on $11.00, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 11.00 | 4,468.05 |
| 10/23/12 | 107 | Wells Fargo Bank, N.A. | Dividend paid   7.83% on $37,324.84; Claim# 1; Filed: $37,324.84; Reference: | 7100-000 | | 2,922.96 | 1,545.09 |
| 10/23/12 | 108 | Capital One, N.A. | Dividend paid   7.83% on $1,072.35; Claim# 2; Filed: $1,072.35; Reference: | 7100-000 | | 83.98 | 1,461.11 |
| 10/23/12 | 109 | Capital One Bank (USA), N.A. | Dividend paid   7.83% on $5,131.98; Claim# 3; Filed: $5,131.98; Reference: | 7100-000 | | 401.89 | 1,059.22 |
| 10/23/12 | 110 | American Express Bank, FSB | Dividend paid   7.83% on $977.72; Claim# 4; Filed: $977.72; Reference: | 7100-000 | | 76.57 | 982.65 |
| 10/23/12 | 111 | GE Capital Retail Bank | Dividend paid   7.83% on $5,754.28; Claim# 5; Filed: $5,754.28; Reference: | 7100-000 | | 450.62 | 532.03 |
| 10/23/12 | 112 | American Express Centurion Bank | Dividend paid   7.83% on $264.06; Claim# 6; Filed: $264.06; Reference: | 7100-000 | | 20.68 | 511.35 |
| 10/23/12 | 113 | GE Capital Retail Bank | Dividend paid   7.83% on $2,896.14; Claim# 7; Filed: $2,896.14; Reference: | 7100-000 | | 226.80 | 284.55 |
| 10/23/12 | 114 | GE Capital Retail Bank | Dividend paid   7.83% on $1,380.13; Claim# 8; Filed: $1,380.13; Reference: | 7100-000 | | 108.08 | 176.47 |
| 10/23/12 | 115 | GE Capital Retail Bank | Dividend paid   7.83% on $90.91; Claim# 9; Filed: $90.91; Reference: | 7100-000 | | 7.12 | 169.35 |
| 10/23/12 | 116 | American InfoSource LP as agent | Dividend paid   7.83% on $999.28; Claim# 10; | 7100-000 | | 78.25 | 91.10 |

Subtotals :    $8,411.00    $8,319.90

{} Asset reference(s)

Printed: 12/12/2012 09:22 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 11-46602-BWB
**Case Name:** SZABO, STEVEN
SZABO, MARTHA
**Taxpayer ID #:** **-***4663
**Period Ending:** 12/12/12

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******39-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | for | Filed: $999.28; Reference: | | | | |
| 10/23/12 | 117 | Citibank, N.A. | Dividend paid 7.83% on $1,163.30; Claim# 11; Filed: $1,163.30; Reference: | 7100-000 | | 91.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,411.00 | 8,411.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,411.00 | 8,411.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,411.00** | **$8,411.00** | |

{} Asset reference(s)

Printed: 12/12/2012 09:22 AM V.13.04

Case 11-46602  Doc 43  Filed 02/04/13  Entered 02/04/13 09:27:36  Desc Main
Document      Page 10 of 10

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 11-46602-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| **Case Name:** | SZABO, STEVEN | | **Bank Name:** | The Bank of New York Mellon |
| | SZABO, MARTHA | | **Account:** | 9200-******39-67 - Checking Account |
| **Taxpayer ID #:** | **-***4663 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 12/12/12 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******39-65** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******39-66** | 8,411.00 | 8,411.00 | 0.00 |
| **Checking # 9200-******39-67** | 0.00 | 0.00 | 0.00 |
| | **$8,411.00** | **$8,411.00** | **$0.00** |

{} Asset reference(s)  

Printed: 12/12/2012 09:22 AM    V.13.04